IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE, a California insurance exchange, | ) ) ) |
| Plaintiff, | ) ) ) No. 1:11-cv-01812 |
| v. | ) ) |
| MICHAEL CASSADY, JASON MAJERCZAK, BRIAN MILLIGAN, and THE PROVIDENCE OF PALATINE CONDOMINIUM ASSOCIATION, | ) ) ) ) ) ) |
| Defendants. | ) |

## TRUCK INSURANCE EXCHANGE'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff TRUCK INSURANCE EXCHANGE ("Truck"), by and through its attorneys, Kimbley A. Kearney, Don R. Sampen, Daniel R. Bryer, and Clausen Miller P.C., moves for judgment on the pleadings as to its Complaint for Declaratory Judgment against Defendants MICHAEL CASSADY ("Cassady:"), JASON MAJERCZAK ("Majerczak"), BRIAN MILLIGAN ("Milligan"), and THE PROVIDENCE OF PALATINE CONDOMINIUM ASSOCIATION ("the Condo Association") pursuant to Federal Rule of Civil Procedure 12(c). In support of this motion, Truck states that the policy of insurance issued to the Condo Association by Truck does not provide coverage for Cassady, Majerczak and Milligan with regard to *The Providence of Palatine Condominium Association v. Hummel Development Group, LLC, et al.*, No. 10 L 8253, an action currently pending in the in the Circuit Court of Cook County, Illinois. In further support of this motion, Truck submits the accompanying Memorandum in Support.

1366746

WHEREFORE, Truck prays that this court enter a judgment finding and declaring that the Truck policy does not provide coverage for Cassady, Majerczak and Milligan and that Truck does not have a duty to defend or indemnify these defendants. Truck further prays that this court enjoin the defendants from seeking to recover under the Truck policy, award its costs incurred in this action, and grant any further relief it deems necessary and appropriate.

Dated: August 10, 2011

Respectfully submitted,

*s/ Don R. Sampen*
One of the attorneys for Plaintiff
KIMBLEY A. KEARNEY
DON R. SAMPEN
DANIEL R. BRYER
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: 312/606-7575
Fax: 312/606-7803
kkearney@clausen.com
dsampen@clausen.com
dbryer@clausen.com

1366746

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 10th day of August, 2011, he did electronically file the foregoing with the Clerk of the Court using electronic filing system which sent notification of such filing to the parties who are registered participants with the System. I hereby certify that I did mail or deliver a true and correct copy of the foregoing document to any non CM/ECF participant.

                                      *s/Don R. Sampen*
                                      DON R. SAMPEN